1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                               SAN JOSE DIVISION

11  FRANCESCA FRAGOSO,                    Case No.: 5:17-cv-05405-HRL

12
              Plaintiff,                  [~~PROPOSED~~] ORDER  RE MODIFIED
13                                        ~~REGARDING~~ STIPULATION FOR
                                          AN ORDER COMPELLING
14       v.                               ACTION TO ARBITRATION AND
                                          STAYING ALL PROCEEDINGS IN
15  AMERICAN FIRST FINANCE, INC.          ACTION UNTIL ARBITRATION IS
    and DOES 1 through 100 inclusive,     COMPLETED
16

17            Defendants.

18

19       The Court, having considered the Stipulation Compelling the Above-

20  Captioned Action to Arbitration, and Staying all Proceedings in the Action until

21  Arbitration is Completed, and finding good cause for the stipulated request,

22  ORDERS the following:

23       1.    The claims asserted in Plaintiff Francesca Fragoso's ("Plaintiff")

24  Complaint filed in the above-captioned matter are to be determined in arbitration

25  before the American Arbitration Association ("AAA"), 1633 Broadway, 10th Floor,

26  New York, NY 10019 ("Arbitration").

27

28

1

Case No.: 5:17-cv-05405-HRL

[~~PROPOSED~~] ORDER REGARDING STIPULATION FOR AN ORDER COMPELLING ACTION TO ARBITRATION
AND STAYING ALL PROCEEDINGS IN ACTION UNTIL ARBITRATION IS COMPLETED

1        2.      The Arbitration will proceed in accordance with the requirements set

2  forth in the Arbitration Provision in the Security Agreement and Retail Installment

3  Contract entered into by Plaintiff and One Stop Furniture – South Natomas, that was

4  assigned to Defendant American First Finance, Inc. ("AFF").

5        3.      The proceedings in this action are stayed until this Court is notified that

6  the matter has settled or the Arbitration has concluded.

7        4.      AFF is not required to file a response to the Complaint in this Court.

AS MODIFIED

**IT IS SO ORDERED**



DATED: _November 13, 2017_      By:_____
                             Hon. Howard R. Lloyd
                             United States Magistrate Judge

5. The parties shall inform the Court when a final award is entered in the arbitration.
6. Because the parties have stipulated to arbitration on this matter, the Court finds no reason to keep the case on its docket.  Accordingly, the Clerk shall administratively close the file. Any party may file a motion to reopen this matter should a change in circumstances warrant it.

Case No.: 5:17-cv-05405-HRL
[~~PROPOSED~~] ORDER REGARDING STIPULATION FOR AN ORDER COMPELLING ACTION TO ARBITRATION
AND STAYING ALL PROCEEDINGS IN ACTION UNTIL ARBITRATION IS COMPLETED